RAMIRO MORALES, #167947
Email: rmorales@mfrlegal.com
CANON T. YOUNG, #189142
Email: cyoung@mfrlegal.com
MORALES FIERRO & REEVES
1440 Maria Lane, Suite 200
Walnut Creek, CA 94596
Telephone: (925) 288-1776
Facsimile: (925) 288-1856

Attorneys for Plaintiff
KINSALE INSURANCE COMPANY

Brandt L. Wolkin, Esq.
Email: bwolkin@wolkincurran.com
Catharine M. Tolson, Esq.
Email: ctolson@wolkincurran.com
WOLKIN – CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, CA 94108
Telephone: (415) 982-9390
Facsimile: (415) 982-4328

Attorneys for Defendant
US SPECIALTY INSURANCE COMPANY

FILED
CLERK, U.S. DISTRICT COURT
6/5/23
CENTRAL DISTRICT OF CALIFORNIA
BY: WH  DEPUTY

link 25

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KINSALE INSURANCE COMPANY, | CASE NO.: 2:22-cv-06260-PSG-PVC |
|---|---|
| Plaintiff, | |
| vs. | (proposed) ORDER GRANTING JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE |
| US SPECIALTY INSURANCE COMPANY | |
| Defendant. | |

Having considered Plaintiff KINSALE INSURANCE COMPANY ("Kinsale") and Defendant U.S. SPECIALTY INSURANCE COMPANY'S ("USSIC") Joint Motion for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this Court hereby rules as follows:

1 | Plaintiff's Complaint is hereby dismissed in its entirety, with prejudice, and
2 | with the parties to bear their own costs and attorneys' fees.

IT IS SO ORDERED

Dated: 6/5/23

By: _____
Honorable Philip S. Gutierrez

# CERTIFICATE OF SERVICE

I, the undersigned, am employed by the Law Offices of Morales, Fierro & Reeves located at 1440 Maria Lane, Suite 200, Walnut Creek, California 94596.  I am over the age of eighteen years and not a party to the within action.

On the below date, I served the document(s) described as:

(proposed) ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE

| X | **BY ELECTRONIC FILING AND SERVICE with the Clerk of the Court using the CM/ECF System:** in accordance with F.R.C.P 5(b)(2)(D) and the above Court's Local Rules, I electronically filed the foregoing with the Clerk of the Court for the United States District Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. |
|---|---|

Brandt L. Wolkin, Esq.
David F. Myers, Esq.
Catharine M. Tolson, Esq.
WOLKIN – CURRAN, LLP
111 Maiden Lane, Sixth Floor
San Francisco, CA 94108
Telephone:  (415) 982-9390
Facsimile:   (415) 982-4328
Email:  bwolkin@wolkincurran.com
            dmyers@wolkincurran.com
            ctolson@wolkincurran.com

*Attorneys for Defendant*
*US SPECIALTY INSURANCE COMPANY*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 2, 2023 at Walnut Creek, California.

                                                          */s/ Sheila Bird*
                                                          SHEILA BIRD